Treece in an action of the case for witholding the Summe of One hundred twenty Four pounds currant money of New-England due to this plaint. by bill under their hands and Seales dat$^d$ 16° May. 1679. with damages: . . . The Jury . . . found for the plaint. one hundred and twenty pounds in money and costs of Court allow$^d$ twenty four Shillings ten pence.

Execution issued 17° Nov$^r$ 1679.


## TAFFE cont$^a$ COMER

Robert Taffe plaint. cont$^a$ John Comer Defend$^t$ according to Attachm$^t$ The plaint. withdrew his Action.


## BRISCO cont$^a$ BRISCO

Joseph Brisco Grand Son of William Brisco dece$^d$ plaint. cont$^a$ the goods and Estate late belonging unto Ezekiel Brisco of Boston dece$^d$, in the hands of Cap$^{tn}$ William Wright who married w$^{th}$ Rebecca late Relict and Adm$^x$ to the s$^d$ Brisco (and in perticular the part of a dwelling house and Land thereunto belonging scituate in Boston Sold by y$^e$ Worpp$^{ll}$ Tho: Danforth Esq$^r$ unto y$^e$ s$^d$ Ezekiel) Defend$^t$ for the Summe of thirty pounds in currant pay for Silver which is due unto him as the gift of his s$^d$ GrandFather upon the purchase of a house and Land from m$^r$ Robert Gibbs by Deed dated. 9th 7$^{br}$ 1662. which should have been paid by Benj$^n$ Brisco out of that halfe part of the s$^d$ house and Land given unto him and which since hee sold unto Tho: Danforth Esq$^r$ [ 611 ] and by him sold unto the s$^d$ Ezekiel, and bound over as Security for paym$^t$ of the s$^d$ Sume; which shall appeare by the respective Deeds for the abovementioned house and Land with all damages. . . . The Iury . . . found for the plaint. thirty pounds in Silver or equivalent to Silver out of the Estate left to him by his GrandFather W$^m$ Brisco according to the Deeds & costs of Court allow$^d$ thirty three Shillings six pence.

Execution issued pr° Decemb$^r$ 79


## BUTLER cont$^a$ THACHER

Nicholas Butler plaint. cont$^a$ Thomas Thacher Defend$^t$ according to Attachm$^t$ The plaint. was nonsuted upon non appearance.